USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────
TRUSTEES OF THE NEW YORK CITY       :
DISTRICT COUNCIL OF CARPENTERS      :
PENSION FUND, WELFARE FUND,         :
ANNUITY FUND, AND                   :    22 Civ. 1948 (VM)
APPRENTICESHIP, JOURNEYMAN          :
RETRAINING, EDUCATIONAL AND         :    ORDER
INDUSTRY FUND, et al.,              :
                                    :
                 Petitioners,       :
                                    :
    -against-                       :
                                    :
EJ & S CONTRACTING CORP.,           :
                                    :
                 Respondent.        :
─────────────────────────────────
```

**Victor Marrero**, United States District Judge.

On December 29, 2021 the arbitrator in an arbitration proceeding between Petitioners Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and Charity Fund; the Carpenter Contractor Alliance of Metropolitan New York; and the New York City District Council of Carpenters (collectively, "Petitioners") and Defendant EJ & S Contracting Corp. ("EJ & S") issued an Opinion and Award (the "Arbitration Award," a copy of which can be found at Dkt. No. 1, Exh. 10).

On March 8, 2022, Petitioners filed a petition (the "Petition," Dkt. No. 1) for confirmation and enforcement of the Arbitration Award under 29 U.S.C. Section 185. On the

same day, Petitioners filed a memorandum of law in support of the Petition. (See Dkt. No. 5.) Petitioners served EJ & S with the Petition on March 23, 2022. (See Dkt. No. 7.) Any answer or response to the petition was due April 13, 2022.

The time for EJ & S to notify the Court of its opposition to the Petition has expired, and EJ & S has not responded. Accordingly, the Court hereby grants the Petition.

For the foregoing reasons, it is hereby

**ORDERED** that the Petition (Dkt. No. 1) of Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and Charity Fund; the Carpenter Contractor Alliance of Metropolitan New York; and the New York City District Council of Carpenters (collectively, "Petitioners") for confirmation of the Opinion and Award dated December 29, 2021 (the "Arbitration Award") is **GRANTED**; and it is further

**ORDERED** that the confirmed Arbitration Award is entered as a judgment of this Court, including monetary judgment in favor of Petitioners and against EJ & S Contracting Corp. in the amount of $71,587.69and it is further

**ORDERED** that Petitioners are awarded $1,770 in attorneys' fees and $77 in costs arising out of this proceeding; and it is further

**ORDERED** that Petitioners are awarded post-judgment interest on the full judgment amount in accordance with 28 U.S.C. Section 1961.

**SO ORDERED:**

Dated:   New York, New York
         2 May 2022

_____
Victor Marrero
U.S.D.J.