UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                 Petitioners,                                22 **CIVIL** 1948 (VM)

   -against-                                         **JUDGMENT**

EJ & S CONTRACTING CORP.,
                 Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated May 17, 2022, and the Court's Order dated May 3, 2022, the Petition of Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and Charity Fund; the Carpenter Contractor Alliance of Metropolitan New York; and the New York City District Council of Carpenters is GRANTED.   Judgment is entered in favor of Petitioners and against EJ & S Contracting Corp. in the amount of $71,587.69 and Petitioners are also awarded $1,770 in attorneys' fees and $77 in costs arising out of this proceeding. Petitioners are also awarded post-judgment interest on the full judgment amount in accordance with 28 U.S.C. Section 1961.

**Dated**: New York, New York
       May 17, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                        **BY:**      *K. Mango*
                                                    **Deputy Clerk**